IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CR387 |
| vs. | ) | |
| | ) | ORDER |
| INESSA LYONS, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

1.  Defendant's Motion (Doc. 10) pursuant to Fed. R. Evid. 404(b) is granted, in that counsel for the United States has filed a responsive Notice (Doc. 12).

2.  This case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **October 26, 2010 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because these are criminal cases, defendants must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

3.  Any motions for a continuance of the trial date shall be electronically filed no later than **October 12, 2010** and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, *citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.* Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

4.  Counsel for the United States shall confer with defense counsel and, no later than **October 19, 2010**, advise the court of the anticipated length of trial.

**DATED September 15, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**