# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 8:09CR387 |
| Plaintiff, | |
| vs. | ORDER |
| **INESSA LYONS** | |
| Defendant. | |

The government has filed a Motion for Dismissal of Petition for Offender Under Supervision [Filing No. 51] to dismiss the Petition for Offender Under Supervision [Filing No. 41]. For that reason, the motion is granted.

IT IS ORDERED:

1. The Motion for Dismissal of Petition for Offender Under Supervision [Filing No. 51] is granted; and
2. The Petition for Offender Under Supervision [Filing No. 41] is dismissed, without prejudice.

Dated this 21st day of May 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge